161 A.3d 792

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mario BRANNON, Petitioner**

**No. 312 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.